FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __3:07-CR-65-WKW__ |
| | ) | [18 USC 922(g)(1)] |
| RILEY TURPIN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 24th day of March, 2005, in Russell County, Alabama, within the Middle District of Alabama,

RILEY TURPIN,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| June 25, 1981 | Circuit Court of Russell County | CC-81-183 | Assault, 2nd Degree |
| November 24, 1986 | Circuit Court of Russell County | CC-86-392 | Assault 2nd Degree |
| November 24 1986 | Circuit Court of Russell County | CC-86-542 | Enticing Child for Immoral Purposes |
| November 24, 1986 | Circuit Court of Russell County | CC-86-543 | Enticing Child for Immoral Purposes |
| June 2, 1995 | Circuit Court of Russell County | CC-95-039 | Unlawful Possession of Cocaine |

did knowingly possess a firearm, in and affecting commerce, that is, a Cobra Enterprises, Model CA380, .380 caliber pistol. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney