| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: **June 19, 2007** |
| MIDDLE DISTRICT OF ALABAMA | |
| | DIGITAL RECORDING: **2:22 - 2:27** |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 3:07cr65-WKW    **DEFT. NAME:** RILEY TURPIN

**USA:** Matthew Shepherd    **ATTY:** Michael Petersen

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Sandra Wood

Defendant _____ does _____ does NOT need an interpreter; NAME _____

---

- √ Kars.    Date of Arrest **6/19/07**    or    karsr 5
- √ kia.    Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- √ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel.
- √ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed;   ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- √    Government's **WRITTEN** Motion for Detention Hrg. filed.
- √    **DETENTION HRG** ☐ held;  √ set for **6/25/07 @ 9:30 am** ;  ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-         ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
- √    **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
    Trial Term **8/6/07** ;   √ **PRETRIAL CONFERENCE DATE:** **7/16/07**
    **DISCOVERY DISCLOSURES DATE:** **6/19/07**
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.