IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:07cr65-WKW |
| ) | |
| RILEY TURPIN ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Riley Turpin, by and through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(iv) for a continuance of his trial setting of August 6, 2007.  In support of this motion, Defendant would show the following:

1. Mr. Turpin is charged with possessing a firearm in violation of 18 U.S.C. § 922(g)(1).

2. Pursuant to the discovery provided, two years ago, Mr. Turpin allegedly possessed the firearm in connection with his shooting into an occupied dwelling and also at the time of his arrest.

3. The defense has moved to suppress witness identifications which the government asserts establish Mr. Turpin possessed the firearm.

4. The parties are negotiating in good faith in efforts to eliminate the need for a suppression hearing and possible settle this matter.   However, defense counsel will not be able to complete these negotiations by the currently scheduled trial date, due to [1] his participation as lead counsel in the trial of United States v. Gregory Shiver, Case No. 05-cr-256-LSC, which began on July 23, 2007 and is expected to last through July 25 (defense counsel was appointed to Mr. Shiver's case on July 18, 2007 and preparation has been time consuming)

and [2] the defense has yet to locate and interview all relevant witnesses from this over two year old offense and needs more time to prepare.[1]

5. For these reasons, it is in the interest of justice to continue trial in this matter.

6. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), in this case, the ends of justice will be served by allowing the defense adequate time to negotiate with government counsel and complete its case investigation. Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(iv), this court has authority to continue trial for the reasons set forth above.

7. The United States, through Assistant United States Attorney Tommie Brown Hardwick, does not oppose the granting of a continuance.

**WHEREFORE**, for the foregoing reasons, Mr. Riley Turpin respectfully requests that his trial date be continued from the presently scheduled date of August 6, 2007.

Dated this 24th day of July 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

---

[1] Government counsel in this case has also been assisting in the prosecution of Mr. Shiver.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138