IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:07cr65-WKW |
| ) | |
| RILEY TURPIN    ) | |

**ORDER**

Upon consideration of Defendant's Motion to Suppress Suggestive Out of Court Identification (Doc. #15), filed on July 12, 2007, it is

ORDERED that a hearing in this cause is set for August 13, 2007, at 2:00 p.m. before the undersigned Magistrate Judge in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States of America shall file its response to the motion on or before August 9, 2007. It is further

ORDERED that the United States Marshal shall produce Defendant RILEY TURPIN for the hearing. It is further

ORDERED that the Clerk of this Court shall provide a court reporter for this proceeding.

DONE this 27th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE