IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr65-WKW |
| | ) | |
| RILEY TURPIN | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT TURPIN'S MOTION
TO SUPPRESS SUGGESTIVE OUT OF COURT IDENTIFICATION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to defendant Riley Turpin's Motion to Suppress Suggestive Out of Court identification states the following:

**I.    Pertinent Facts.**

1.    On March 24, 2005, a call was received through the Phenix City Police dispatch that shots had been fired at Walton's Game Room, located at 1501 3rd Avenue, Phenix City, Alabama.[1]  The front glass door of the game room had been shattered by a gun shot (or gun shots).

2.    Several witnesses were briefly interviewed at the scene. In furtherance of the shooting investigation, Phenix City Police Officers made contact with Riley Turpin at the Piggly Wiggly store.  Lt. G. Staudinger, a fifteen year veteran Phenix City Police Officer, arrived at the Piggly Wiggly and approached Turpin, whom he was familiar with from past arrests.  Turpin was attempting to use a pay phone.  There was a female standing beside Turpin.  Lt. Staudinger ordered Turpin against the wall, patted him down for weapons and officer safety.  When Turpin

---

[1]    The facts presented in the government's response are based upon investigative summaries from police officers and statements taken from witnesses who were present at Walton's Game Room on March 24, 2005.

was patted down for weapons, Lt. Staudinger found a silver, 380 caliber semi-automatic pistol in his front right jacket pocket. Turpin was placed in handcuffs.  Thereafter, Turner and Green arrived at the Piggly Wiggly and identified Turpin as being the individual who was at Walton's Game Room earlier.

**II.    Discussion**

   **A.    Whether or not the defendant shot in Walton's Game Room is irrelevant to whether the defendant possessed a firearm as charged.**

The government submits that the identify of the defendant as the person who shot into Walton's Game Room is premature and irrelevant to the elements of the offense as charged in the indictment.  The government's proof will consist of evidence that on March 24, 2005, the defendant knowingly possessed a Cobra Enterprise, Model CA380 caliber pistol, having been previously convicted of a felony offense.  The firearm was discovered prior to any identification of the defendant as being the person who shot into Walton's Game Room.

**Conclusion**

The defendant has not pleaded any fact which if true would suggest that the Phenix City Police Officer used an impermissibly suggestive procedure to obtain the identification of Turpin. In addition, the defendant's motion to suppress the identification of Riley Turpin should be denied and irrelevant to the charged offense and premature to any substantive sentencing issues.

Respectfully submitted on this 9th day of August 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone:  (334) 223-7280
Fax:  (334) 223-7135
E-mail:  tommie.hardwick@usdoj.gov
ASB4152 W86T

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07cr65-WKW** |
| | ) | |
| **RILEY TURPIN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to Kevin L.

Butler, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T