IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

## WITHDRAWAL OF MOTION TO SUPPRESS SUGGESTIVE OUT OF COURT IDENTIFICATION

**COMES NOW** Riley Turpin, by and through undersigned counsel, Kevin L. Butler. As a result of the government's stipulation that it will not present any evidence at trial of non-law enforcement out of court identifications of the Defendant as proof of Mr. Turpin's possession of a firearm, withdraws his motion to suppress and exclude from trial the suggestive out of court identification of the Defendant.[1]

Dated this 13th day of August, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

---

[1] Pursuant to the stipulation, the government **is not** precluded from arguing the police investigated and conducted a *Terry* stop of Mr. Turpin as a result of being informed a firearm was discharged into the Walton Game Room located at 1501 3rd Ave, Phenix City, AL. The defense will attempt to limit the scope of such argument. However, those matters will be addressed by the Court if this case proceeds to trial.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138