IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO. 3:07cr65-WKW |
| ) | |
| **RILEY TURPIN**   ) | |

### ORDER ON MOTIONS

On August 13, 2007, the undersigned met in court with counsel to discuss the parties' arguments in support of and in opposition to Defendant's motion to suppress (Doc. #15) Suggestive Out of Court Identification. During the meeting, counsel for Defendant, Riley Turpin, orally moved the Court (See Doc. #22) and subsequently filed a motion to withdraw (Doc. #23) Defendant's motion to suppress (Doc. #15). Upon consideration of the motions to withdraw, and for good cause, it is

ORDERED that the motions (both oral and in writing) (See Doc.#22, #23) are GRANTED.

Done this 15th day of August, 2007.

/s/ Wallace Capel, Jr..
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE