IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | 3:07cr65-WKW |
| ) | |
| **RILEY TURPIN** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Riley Turpin, by and through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to 18 U.S.C. §§ 3161 (h)(3)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(iv) for a continuance of his trial setting of November 5, 2007. In support of this motion, Defendant would show the following:

1. Mr. Turpin is charged with possessing a firearm in violation of 18 U.S.C. § 922(g)(1).

2. Though the charge is familiar, this case is unusual and complex based upon the fact that the offense conduct occurred approximately two years ago and Mr. Turpin allegedly possessed the firearm in connection with his shooting into an occupied dwelling .

3. Undersigned counsel is attempting to locate and interview multiple witnesses/persons who can provided relevant and material information. However, this investigation can not be completed on or before the presently scheduled trial date.[1]

4. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), in this case, the ends of justice will be served by allowing the defense adequate time to negotiate with government counsel and complete its case

---

[1] Undersigned counsel is expecting his first child during the week of October 21, 2007. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

investigation. Additionally, pursuant to 18 U.S.C. §§ 3161(h)(3)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(iv), this court has authority to continue trial for the reasons set forth above.

**WHEREFORE**, for the foregoing reasons, Mr. Riley Turpin respectfully requests that his trial date be continued from the presently scheduled date of November 5, 2007.

Dated this 16th day October 2007.

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 16 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| RILEY TURPIN | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the November 5, 2007 trial term.

X _Riley Turpin_
RILEY TURPIN

DATE: 10/16/07