IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>RILEY TURPIN )  | CASE NO. 3:07-cr-0065-WKW |

**ORDER**

This case is before the court on the defendant's Unopposed Motion to Continue Trial (Doc. # 26). The criminal case is currently set for trial during the November 5, 2007 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and the defendant in a speedy trial. In support of his motion to continue the trial, the defendant represents that, due to the two years that have passed since the underlying offense, multiple witnesses with relevant information have yet to be located and interviewed and this cannot be completed by the trial date as presently scheduled. Therefore, in order to allow the defense

adequate time to negotiate with the government and complete its case investigation, the defendant requests a continuance of the trial. The motion is unopposed and the defendant has signed a waiver of his right to a speedy trial. (Doc. # 26-2.)

Accordingly, it is ORDERED that the defendant's Unopposed Motion to Continue Trial (Doc. # 26) is GRANTED. Trial in this matter is continued from the November 5, 2007 trial term, to the criminal term of court beginning **February 4, 2008**. The Magistrate Judge shall conduct a pretrial conference prior to the **February 4, 2008**, trial term and enter a pretrial conference order.

DONE this 17th day of October, 2007.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE