IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-0065-WKW |
| | ) | |
| RILEY TURPIN | ) | |

## **ORDER**

It is ORDERED that the sentencing hearing is CONTINUED from April 30, 2008, to **May 14, 2008, at 10:15 a.m.**

DONE this 8th day of April, 2008.

                                                /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE