IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | CR. NO. 3:07-cr-65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Verne H. Speirs, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 25th day of April, 2008.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/Verne H. Speirs
                                              VERNE H. SPEIRS
                                              Assistant United States Attorney
                                              131 Clayton Street
                                              Montgomery, AL 36104
                                              Phone: (334)223-7280
                                              Fax: (334)223-7138
                                              E-mail: verme.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esquire.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: verme.speirs@usdoj.gov