IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:07cr65-WKW |
| ) | |
| RILEY TURPIN ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, Riley Turpin, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1. Mr. Turpin pled guilty on February 27, 2008, to being a felon in possession of a firearm.

2. The U.S. Probation Office timely provided defense and government counsel with the Presentence Investigation Report prepared in this case.

3. Based upon the USPO's investigation of Mr. Turpin's criminal history, both parties believe that Mr. Turpin will be an "armed career criminal". Mr. Turpin's corresponding sentencing range will be 15 years (minimum) - life.

4. The PSI prepared also indicates that Mr. Turpin's criminal history contains serious criminal offenses, of which defense counsel was unaware, and contains relevant conduct the USPO will assert is relevant for computation of both the sentencing guidelines and the ultimate sentence. Undersigned counsel believes all of this information will be considered by the Court in the imposition of the sentence (See, 18 USC § 3553).

5. In order to address the complexity of the sentencing issues that have arisen as a result of the USPO's investigation, on Monday, May 5, 2008, the USPO, government counsel and defense

counsel met at the USPO's office to discuss the issues presented.

6. Based on this meeting and further discussions, undersigned counsel and government are engaged in good faith negotiations in an attempt to resolve all issues, with the understanding that any agreement between the parties will only be a recommendation to the Court.

7. Additionally, undersigned counsel is conducting further investigation of Mr. Turpin's criminal history and the relevant conduct set forth in the PSI Report.

8. The parties negotiations and defense counsel's supplemental investigation cannot be completed on or before the sentencing date of May 14, 2008.

9. For these reasons, it is in the interest of justice and good cause to continue this sentencing hearing. See, Fed. R. Crim. P. 32(a).

10. The United States, through Assistant United States Attorney, Verne Speirs, and the U.S. Probation Officer, Stan Robinson, have no opposition to this continuance.

WHEREFORE, the Defendant prays that sentencing in this matter be continued.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:07cr65-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

3