IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Case No. 3:07-cr-0065-WKW |
| ) | |
| RILEY TURPIN    ) | |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. # 43), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from May 14, 2008 to **July 10, 2008, at 10:00 a.m.**

DONE this 9th day of May, 2008.

                                        /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE