IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-065-WKW |
| | ) | |
| **RILEY TURPIN** | ) | |

### ORDER

It is ORDERED that the sentencing hearing set for **July 10, 2008, at 10:00 a.m.,** will now be held in Courtroom **2F** of the Frank M. Johnson, Jr., U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 3rd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE