IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　　　) | Case No. 3:07-cr-0065-WKW |
| ) | |
| RILEY TURPIN　　　　　　　) | |

## **ORDER**

It is ORDERED that the sentencing hearing in this matter is rescheduled from July 10, 2008, at 10:00 a.m., to **July 10, 2008, at 9:15 a.m.**

DONE this 8th day of July, 2008.

　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE